UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-01157-TLN-JDP<br><br>**ORDER** |

On December 19, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed December 19, 2022, (ECF No. 17) are adopted;

2. Defendant's Motion to Dismiss, (ECF No. 10), is GRANTED, and Plaintiff's claims against Jones are DISMISSED with leave to amend;

3. Plaintiff is granted thirty days from the date of this order to file a second amended complaint;

4. Plaintiff's Motion for Injunctive Relief, (ECF No. 12), is DENIED; and

5. Plaintiff's Motion for Summary Judgment, (ECF No. 18), is DENIED as premature.

DATE: February 9, 2023

Troy L. Nunley
United States District Judge

2