UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, *et al.*,<br><br>　　　　Defendants. | Case No.  2:22-cv-01157-TLN-JDP (PS)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO THE DECEMBER 19, 2022 ORDER TO SHOW CAUSE AND GRANTING HIS MOTION TO AMEND<br><br>ECF Nos. 17 & 25 |

On December 19, 2022, I ordered plaintiff to show cause within fourteen days why his claims against defendants Bonta and Sanchez should not be dismissed for failure to timely effect service of process. ECF No. 17. I also recommended that defendant Jones's motion to dismiss be granted. *Id*. On February 10, 2023, the court adopted that recommendation and dismissed the claims against Jones with leave to amend. ECF No. 24. Thereafter, plaintiff filed a motion to amend his complaint and a proposed second amended complaint. ECF Nos. 25 & 26. Plaintiff, however, has not responded to the court's December 19, 2022 order to show cause.

With respect to his motion to amend, plaintiff explains that he wants to amend his complaint to allege claims against defendant Jim Cooper, the current Sacramento County Sheriff, instead of Scott Jones, the former Sacramento County Sheriff. ECF No. 25 at 2. Since plaintiff seeks to assert claims against the Sacramento County Sheriff in his official capacity, his motion to amend will be granted.

Out of abundance of caution, and in light of plaintiff's pro se status, I will also grant plaintiff a final opportunity to respond to the December 19 order to show cause. Plaintiff is warned that should he again fail to respond to the court's order, I will recommend that his claims against defendants Bonta and Sanchez be dismissed for failure to effect service of process time prescribed by Rule 4(m).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to amend the complaint, ECF No. 25, is granted.

2. This action shall proceed on plaintiff's second amended complaint. *See* ECF No. 26.

3. Within fourteen days of the date of this order, plaintiff shall comply with the December 19, 2022 order requiring him to show cause why defendants Bonta and Sanchez should not be dismissed for failure to effect service of process within the time prescribed by Rule 4(m).

4. Failure to comply with this order will result in a recommendation that plaintiff's claims against Bonta and Sanchez be dismissed.

5. The Clerk of Court is directed to send plaintiff a copy of the court's December 19, 2022 order.

IT IS SO ORDERED.

Dated:   February 17, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE