UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, et al.,<br><br>    Defendants. | Case No.  2:22-cv-01157-TLN-JDP<br><br>**ORDER** |

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 9, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed January 9, 2024 (ECF No. 30) are ADOPTED IN FULL; and
2. Defendant Rob Bonta is DISMISSED without prejudice;
3. The Clerk of Court shall ADMINISTRATIVELY TERMINATE Defendant Sanchez;
4. Defendant Cooper's response to Plaintiff's Second Amended Complaint is due no later than twenty-one days of the electronic filing date of this Order; and
5. This case is referred back to the magistrate judge for further pre-trial proceedings.

Date:  February 26, 2024

_____
Troy L. Nunley
United States District Judge