1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIM EDWARD ROGERS,                    Case No.  2:22-cv-01157-TLN-JDP

12              Plaintiff,

13        v.                                **ORDER**

14    Jim Cooper,

15              Defendant.

16

17        Plaintiff, proceeding without counsel, filed the above captioned civil action.  This matter

18    was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

19    Rule 302.

20        On July 25, 2024, the magistrate judge filed findings and recommendations herein which

21    were served on the parties, and which contained notice that any objections to the findings and

22    recommendations were to be filed within fourteen days.  (ECF No. 60.)  Plaintiff filed objections

23    to the findings and recommendations, which the Court considered.  (ECF No. 62.)

24        The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations, filed on July 25, 2024 (ECF No. 60), are ADOPTED IN FULL ;

    2.  The Court DENIES Plaintiff's Motion to Amend (ECF No. 39);

    3.  The Court GRANTS Defendant's Motion to Dismiss (ECF No. 31) without leave to amend;

    4.  The Court DENIES Plaintiff's Motion for Judgement on the Pleadings (ECF No. 59) as moot; and

    5.  The Court of Clerk is directed to close this case.

Date: August 23, 2024

Troy L. Nunley
United States District Judge